IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICK LOREN LUCERO
ADC #169136                                                                                              PLAINTIFF

v.                    Case No. 4:18-cv-00081-KGB

CLAYTON EDWARDS, *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

So adjudged this 17th day of May, 2018.

_____
Kristine G. Baker
United States District Judge